BEFORE THE SECOND DIVISION, JANUARY 3, 1958

**No. 61430.**—The Durst Mfg. Co., Inc. *v.* United States, protests 294672–K, 297320–K, and 299946–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of constituent and integral parts of toilet-box assemblies the same in all material respects as those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (36 Cust. Ct. 220, C. D. 1778), the claim of the plaintiff was sustained.

**No. 61431.**—M. B. I. Export & Import, Ltd., et al. *v.* United States, protests 277127–K, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of parts of machine tools; that they are multipurpose machine vises and spare parts therefor; and that said multipurpose machine vises are not hand tools and are composed wholly of metal and used exclusively to hold metal material, which is to be worked upon by a power-driven tool, the claim of the plaintiffs was sustained.

**No. 61432.**—Addicalco Corp. of America *v.* United States, protest 297312–K (New York).

Opinion by LAWRENCE, J.   When this case was called for trial, defendant conceded that the merchandise in issue is substantially the same in all material respects as that the subject of *Plus Computing Machines, Inc.* v. *United States* (44 C. C. P. A. 160, C. A. D. 655).   The claim of the plaintiff was, therefore, sustained.